UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACKELYN ROSA ORTIZ,

    Plaintiff,

v.                                         Case No: 6:18-cv-2060-Orl-28EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case is before the Court on the Complaint (Doc. 1) filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security denying her claim for Disability Insurance Benefits. The United States Magistrate Judge has submitted a Report and Recommendation (Doc. 35) recommending that the final decision be affirmed. Plaintiff has not filed an objection to the Report and Recommendation, and the time for objecting has passed.

After review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed January 8, 2020 (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on January 25, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record